# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | |
|---|---|
| DELIA ALVAREZ, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | No. 1:12-cv-00133 |
| § | |
| ADMIN RECOVERY, LLC, § | |
| § | |
| Defendant. § | |

## NOTICE OF VOLUNTARY DISMISSAL

DELIA ALVAREZ (Plaintiff), by her attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, the above-captioned action, filed against, ADMIN RECOVERY, LLC (Defendant), in this case.

DATED: December 27, 2012          RESPECTFULLY SUBMITTED,

KROHN & MOSS, LTD.

By: /s/ Douglas Baek

Douglas Baek
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x244
Fax: 866-829-5083
dbaek@consumerlawcenter.com
Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 27, 2012, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was mailed to the below address.

John P. Touhey
Employee of Admin Recovery, LLC
9159 Main St.
Clarence, NY 14031

By:    /s/ Douglas Baek

Douglas Baek
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x244
Fax: 866-829-5083
dbaek@consumerlawcenter.com
Attorney for Plaintiff